UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BERNARDO ESCOBIA
MARTINEZ,

      Petitioner,

    v.                                           Case No.:  2:26-cv-01761-SPC-NPM

WARDEN, FLORIDA SOFT SIDE
SOUTH DETENTION CENTER *et
al.*,

      Respondents.

_____/

## **OPINION AND ORDER**

Before the Court is the Federal Respondents' Motion for Clarification
(Doc. 13).  Bernardo Escobia Martinez filed this habeas action to challenge the
legality of his immigration detention under the Fifth Amendment and
*Zadvydas v. Davis*, 533 U.S. 678 (2001).  The Court found no significant
likelihood Escobia Martinez would be removed in the reasonably foreseeable
future.  But in light of Escobia Martinez's criminal history, the Court gave the
government an opportunity to determine whether his detention is necessary to
protect the public.  In their motion, the federal respondents state that under
the facts of this case, concerns about dangerousness do not justify continued
detention.  Escobia Martinez is thus entitled to release from detention, but he
remains subject to reasonable conditions of supervision.

Accordingly, it is hereby

**ORDERED:**

Bernardo Escobia Martinez's Petition for Writ of Habeas Corpus (Doc. 1)

is **GRANTED**.

1. The respondents shall release Escobia Martinez within 24 hours of this Order, and they shall give him telephone access so he may arrange transportation from the facility.

2. The Clerk is **DIRECTED** to terminate the pending motions and deadlines as moot, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on June 16, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record